## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 18-20727-CIV-GAYLES/OTAZO-REYES

JOEY D. GONZALEZ,

      Plaintiff,

v.

CLIFFORD RAMSEY,

      Defendant.

_____/

### **ORDER**

THIS CAUSE came before the Court upon Plaintiff Joey D. Gonzalez's ("Plaintiff") Motion to Remand [D.E. 12]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 9]. The undersigned held a hearing on this matter on April 18, 2018.

On November 17, 2017, Plaintiff commenced an action against Defendant Clifford Ramsey ("Defendant") in the Circuit Court in and for Miami-Dade County, Florida (hereafter, "State Court Action"). On February 12, 2018, the State Court issued an order compelling United States Department of Agriculture employee Ricardo Goenaga ("Mr. Goenaga") to appear for deposition (hereafter, "State Court Order") [D.E. 1-5]. On February 23, 2018, the government removed the proceeding only with respect to the State Court Order. See Notice of Removal [D.E. 1]. On March 15, 2018, Plaintiff filed the instant Motion to Remand, arguing that the Notice of Removal was untimely [D.E. 12]. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the Motion to Remand [D.E. 12] is DENIED.  The undersigned finds that the government timely removed this case.  See 28 U.S.C. § 1446(g); see also In re Pennsylvania, No. 13-CV-1871, 2013 WL 4193960, at *11-12 (E.D. Pa. Aug. 15, 2013).  The undersigned will expeditiously address the government's anticipated motion for protective order/motion to quash with regard to the deposition of Mr. Goenaga so that the case can be promptly remanded to the State Court thereafter.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of April, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record