# Exhibit A

Coral Gables, Florida

I, Joey D. Gonzalez-Ramos, being first duly sworn on oath, make the following statement, freely and voluntarily to K. Jake Dang (Dang), who has identified himself to me as a Special Agent (SA) with the Office of Inspector General (OIG), Office of Investigations, United States Department of Agriculture (USDA), knowing it may be used in evidence. I understand that this statement is not confidential and may be shown to any party who has an official interest.

My full name is Joey D. Gonzalez Ramos (Gonzalez). I am employed by USDA Agricultural Research Service (ARS) as a GS-11 IT Specialist for approximately 14 years. I have held this position since January 2003. My official duty station is USDA ARS, Subtropical Horticulture Research Station (SHRS), 13601 Old Cutler Rd., Coral Gables, Florida (ARS Miami Facility). I am the only IT specialist located here. I am the network administrator responsible for the computer server and telephone system at the ARS Miami Facility and the ARS facility in Ft. Lauderdale, Florida. My supervisor's name is [Redacted] who is the Administrative Officer at ARS Miami Facility. I do not supervise any ARS employees. I also represent the ARS employees through the Union.

On Wednesday, October 19, 2016, and on other dates, I was interviewed by SA Dang in regards to Mars Chocolate North America, LLC (Mars) computer circuit that was installed within the ARS Miami Facility's LAN server/telephone room. During the interview, I told SA Dang the following:

Mars' role/function at the ARS Miami Facility is to conduct collaborative research on cocoa with our ARS scientists. Mars has shared office spaces and approximately 25 employees at this location. Since the previous Research Leader/Director (RL), Robert Heath, passed away, the

JDG

ARS Miami Facility never had a permanent RL.  Instead, ARS employees from other locations would rotate personnel into the ARS Miami Facility to serve as "Acting Research Leader/Director".  The RL is responsible for the ARS Miami Facility and supervises the Administrative Officer, IT Specialist, ARS scientists, and other ARS employees at the location.

Dr. Ricardo Goenaga (Goenaga) is the RL for ARS in Puerto Rico.  Approximately from March 2015 to December 2015, Goenaga was the Acting RL at the ARS Miami Facility.  Dr. Hamed Abbas (Abbas) is currently the Acting RL.  Abbas is from the ARS, Southeast Area office, Stoneville, Mississippi.

On April 22, 2015, Goenaga has sent me an email with a request from Mars concerning the lack of bandwidth delivered by the current DSL data link and wanted to remedy this by having a "higher capacity cable link" installed.  Mars wanted to determine what clearances were needed from ARS Miami Facility to authorize this installation.  Mars also wanted to "segregate USDA and Mars network infrastructure" and "would like the Mars network infrastructure components to be moved to a different room, perhaps one of the labs, where the access is restricted to primarily to Mars' associates".

On April 24, 2015, I replied to Goenaga's email that I do not know who would be the person (s) that would give clearances for the installation.  In the email, I referred Goenaga to Tom Houston (Houston), IT Specialist (Networking), OCIO Communications Services Staff, Beltsville, MD, with telephone number 301-504-1062, and Michael Lee (Lee), Supervisory IT Specialist (Administrative and Financial Management, Eastern Business Service Center, Information Technology Branch, College Station, Texas), with telephone number 979-260-9476, who would be the persons that could answer questions to these particular IT issues.  On the same date,

Goenaga replied and acknowledged to my email and said, "Great, thanks!" After that, I do not know whether Goenaga had contacted IT Specialists Houston and/or Lee about Mars' request. As part of my job duties, I do not have the authority to approve and/or install Mars' computer IT equipment. I do not know who would make the decision or approve the installation of Mars computer circuit inside the ARS LAN server room. Normally when a USDA owned-computer hardware or connector is being installed within the computer server room, only a representative from the ARS Office of Chief Information Officer (OCIO) would contact me.

In June/July 2015, unbeknown to me, a representative from a private company arrived to install a computer circuit inside the ARS LAN server room. I asked Goenaga about the installation. Goenaga told me that he thought I knew about the circuit installation. Prior to the installation of the Mars' circuit, I did not receive any communication from Goenaga or from anyone at the ARS OCIO.

On October 14, 2015, Goenaga emailed the ARS Miami Facility's employees informing us that personnel from Stratus Dynamics (Stratus), Colorado Springs, Colorado will be conducting an on-site assessment of the ARS Miami Facility Information Technology (IT) and phone system infrastructures. Stratus was contracted by ARS to conduct an IT assessment of the ARS Miami facility. ARS paid $34,993 for this IT assessment.

On February 3, 2016, I received an email from Reda about the IT assessment report and findings. The Mars' computer circuit was mentioned in the assessment. According to the IT assessment report, dated November 27, 2015, the assessment was conducted between October 13 and November 6, 2015. On page 22 of the report, under "MARS" heading, Stratus stated, "The presence of Mars Inc. is unique within my experience. I have not seen a commercial

JDG

organization present in a government location without specific, documented interaction that delineates the security boundary between the organizations. As a privately held company, it is unlikely that Mars would follow the Federal Information Security Management Act (FISMA). There are comparable security standards available for commercial enterprises (Sarbanes-Oxley (SOX), Purchase Card Industry (PCI), International Standards Organization (ISO) 27000, etc.), as a privately held company, Mars could adopt any of them or choose to develop their own. It is unlikely that their security focus would be in-line with US Federal/USDA/ARS requirements."

Some of the issues identified in the report were that ARS and Mars were sharing infrastructure such as the physical wiring that was owned by ARS. It stated that "while Mars maintains its own network infrastructure for its workstations, it utilizes the physical ARS' wiring. Mars employees have access to common space (conference rooms, library, etc.) and have connected to the ARS network to gain internet access. Mars router, switch, and server resources are co-mingled with ARS router, switch and server resources. Mars servers currently are connected to ARS power systems (UPS, Generator). Inadvertent damage to Mars' systems could occur in the event of a power failure or something as simple as a power cord being dislodged. The commingling of systems makes data ownership difficult to enforce."

After the IT assessment findings, I received addition information from forwarded chain email, dated February 1, 2016, where IT Specialist Houston sent an email to Silverstein outlining the actions and activities, with concurrence from ARS OCIO Chief Information Officer, Paul Gibson, and Chief Information Security Officer, Scott Finke, that the ARS Miami Facility and local IT specialist would need to do to resolve the identified and service issues and maintain the network on a regular basis. In that email, among other items, it referenced Mars, in which

Houston stated, "No devices not managed by ARS are allowed on the ARS network. Work with Mars to establish a data management plan for any shared/collaborative data."

On Feb. 3, 2016, after reviewing the IT assessment report, I replied to Dr. Jeffery Silverstein (Silverstein), Associate Area Director of ARS, Southeast Area, Stoneville, Mississippi, Dr. Abbas, and Reda about issues that were mentioned in the IT assessment findings and among other things, the Mars' computer circuit where I had nothing to do with the authorization and installation of the Mars' circuit installation. If Goenaga did not consult with OCIO, then he would have been solely responsible for the installation and commingling of Mars equipment at the ARS Miami Facility.

On February 3, 2016, after I explained in an email to Silverstein and other ARS employees about the Mars' computer circuit, I requested a conflict of interest investigation between Goenaga and Mars. I do not know if Goenaga had received anything in return from Mars such as a bribe, gifts, or etc. I believe that he is looking into the prospect of a getting a job with Mars, just like Dr. Raymond Schnell did in 2011 and that is the reason he facilitated the installation. This is not the only thing he did for Mars while in Miami. He also attempted to delay a security project with Lincpass and facilitated the modification of an electrical panel at the Miami location without authorization, all for the benefit of Mars.

On February 8, 2016, Silverstein replied via email informing me that he authorized an investigation based on what I have raised in the above email and that the investigation will be conducted by ARS Personnel and Labor Solutions (PALS).

Subsequently, PALS interviewed me twice (April 6 and May 11, 2016). I felt they were investigating me instead of my compliant. I felt that way because of the questions they were asking.

On September 5, 2016, GONZALEZ requested the results of the investigation conducted by PALS regarding the Mars circuit, from Jeffrey Silverstein (SILVERSTEIN). SILVERSTEIN at the time was the assistant Southeast Area Director to Deborah Brenna (BRENNAN). After few emails back and forth, I formalized the request with the Union and sent it to BRENNAN. On November 9, 2016, I received from HALL a response denying my request. In this response she also proceeded to berated me. For this reason I believe an investigation was never conducted.

To date, Mars circuit is still in the ARS LAN server room. Mars had inquired about quotes to relocate IT equipment and etc. and this information was provided to them. But they don't have the budget for it. Also, I created a shared folder on the network for Mars and ARS employees to share information, but there are no shared data in there.

I have provided a copy of the emails and IT assessment report that were referenced in my statement to SA Dang.

I have read this statement, consisting of <u>7</u> pages, and it is true and correct. I have initialed each page. I have been given an opportunity to make any corrections or additions.

Date 11/30/16

Joey D. Gonzalez Ramos

WITNESS:

/s/ __Redacted__
Name

__Redac__
Address

__Redacted__
City and State

Subscribed and sworn before me this 30 day of November 2016

K. Jake Dang
Special Agent
U. S. Department of Agriculture
Office of Inspector General
Office of Investigations
Ft. Lauderdale, Florida

JDG